# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| GAEA Holdings, LLC, | Civil No. 11-635 (PJS/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| Solar Energy Initiatives, Inc., | |
| Defendant. | |

Based upon the Report and Recommendation by United States Chief Magistrate Judge Arthur J. Boylan dated February 29, 2012, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment [Docket No. 40] is **GRANTED** as follows:

1. The motion is **GRANTED** with respect to Plaintiff's breach of contract claim.

2. Plaintiff's fraudulent misrepresentation claim is **DISMISSED as moot**.

3. Plaintiff is entitled to recover $892,500 in damages.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 20, 2012
 s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge